**No. 64428.**—Brammer Vee Link Belting, Inc. *v.* United States, protest 59/411 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C.D. 1947), the claim of the plaintiff was sustained.

**No. 64429.**—A. Schraders Son Div. and Scovill Mfg. Co. *v.* United States, protest 302329–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of wire rods similar in all material respects to those the subject of *Scoville Manufacturing Co., A. Schrader's Son Division* v. *United States* (43 Cust. Ct. 259, C.D. 2138), the claim of the plaintiffs was sustained.

**No. 64430.**—Winter, Wolff & Co., Inc. *v.* United States, protests 299121–K, etc. (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of galvanized fencing wire which is substantially used for fencing purposes, the claim of the plaintiff was sustained.